FILED OCT 2 7 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

RECEIVED JAN 27 2006 Property of U.S. District Court District of Rhode Island

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): CHRISTINE BELISLE**

County of Residence: United States of America

Plaintiff's Atty: David A. Bryant
Daley, Debofsky & Bryant
One N. La Salle, Suite 3800,
Chicago, IL 60602
312-372-5200

**Defendant(s):LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,**

County of Residence: United States of America

Defendant's Atty:

05C 6213

JUDGE LINDBERG

MAGISTRATE JUDGE MASON

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**
Defendant:- **5 Non IL corp and Principal place of Business outside IL**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **791 E.R.I.S.A**

VI.Cause of Action: **An action for recovery of disability benefits pursuant to 502(a)(1)(B) of ERISA (29 U.S.C. 1132(a)(1)(B))**

VII. Requested in Complaint
Class Action: No
Dollar Demand:
Jury Demand:

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** [signature]

**Date:** 10/26/05

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00