CA 06 42 S

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | George Lindberg | Sitting Judge if Other than Assigned Judge | |
| **CASE NUMBER** | 05 C 6213 | **DATE** | 12/20/2005 |
| **CASE TITLE** | Christine Belisle vs. Landmark Medical Center Welfare Benefit Plan, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to transfer venue [12] is granted. For the convenience of the witnesses and the parties, and in the interest of justice, this action is transferred to the U.S. District Court for the District of Rhode Island.

Docketing to mail notices.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By ........................
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 1/9/06

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | slb |



1