**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHRISTINE BELISLE,
Plaintiff,

v.

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,
Defendants.

Civil Action No.: 06-00042-S-LDA

**ENTRY OF APPEARANCE OF ANTHONY J. DiORIO**

Pursuant to Local Rule General 206(b), please enter my appearance as counsel for Defendants, Landmark Medical Center Welfare Benefit Plan and Liberty Life Assurance Company of Boston, in this matter. I certify that I am admitted to practice in this court.

Respectfully submitted,

Anthony J. DiOrio (R.I. Bar No. 3419)
JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903
(401) 490-3444; (401) 454-8855 fax

Dated: February 2, 2006

**CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of February, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, David A. Bryant, Daley, DeBofsky & Bryant, 1 North LaSalle Street, Suite 3800, Chicago, IL 60602, by first-class mail, postage prepaid.

Anthony J. DiOrio (Rwd)
Jackson Lewis LLP