**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHRISTINE BELISLE,<br>Plaintiff,<br><br>v.<br><br>LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,<br>Defendants. | Civil Action No.: 06-00042-S-LDA |

**WITHDRAWAL OF APPEARANCE BY BRONWYN H. PEPPLE**

Pursuant to Local Rule General 206(e), please withdraw my appearance as counsel for Defendants, Landmark Medical Center Welfare Benefit Plan and Liberty Life Assurance Company of Boston, in this matter. This withdrawal is accompanied by the Entry of Appearance of Anthony J. DiOrio. In addition, there are no motions pending before the Court and no trial date has been set.

Respectfully submitted,

Bronwyn Pepple

Bronwyn H. Pepple
JACKSON LEWIS LLP
320 West Ohio Drive, Suite 500
Chicago, IL 60610
(312) 787-4949

Dated: February 1, 2006

**CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of February, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, David A. Bryant, Daley, DeBofsky & Bryant, 1 North LaSalle Street, Suite 3800, Chicago, IL 60602, and upon Defendants by first-class mail, postage prepaid.

Anthony J. DiOrio (RWP)

Jackson Lewis LLP