**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHRISTINE BELISLE,<br>Plaintiff,<br><br>v.<br><br>LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,<br>Defendants. | Civil Action No.: 06-00042-S-LDA |

**REVISED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS**
**<u>TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT</u>**

Defendants, Liberty Life Assurance Company of Boston and Landmark Medical Center Welfare Benefit Plan, respectfully request an extension of three weeks, up to and including March 3, 2006, in which to answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, Defendants state as follows:

1. This case was originally filed in the United States District Court, N.D. Illinois. On or about December 20, 2005, that Court granted Defendants' motion to transfer venue. As a result, on or about January 27, 2006, the case was transferred to this Court.

2. Additional time is needed to respond to Plaintiff's Complaint because Defendants needed time to change counsel in light of the transfer of the case. New counsel now needs time to review the documents in this case, and to investigate Plaintiff's claims, which are brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 <u>et seq</u>., and in order to adequately answer or otherwise respond to the Complaint.

3. The granting of a three-week extension of time will not prejudice the parties or the Court, nor would it result in the continuance of any hearing, conference or trial.

4. Defendants' counsel attempted to confer with Plaintiff's counsel in this case regarding this motion, but did not hear back from her counsel before this motion had to be filed.

WHEREFORE, Defendants respectfully request that they be granted a three-week extension of time, up to and including March 3, 2006, to answer or otherwise respond to the Complaint.

Respectfully submitted,

Liberty Life Assurance Company of Boston and
Landmark Medical Center Welfare Benefit Plan,
By their attorneys,

Anthony J. DiOrio (RWP)

Anthony J. DiOrio, R.I. Bar No. 3419
Andrew C. Pickett
(Moving for Admission *Pro Hac Vice*)
Richard W. Paterniti
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: March 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006, a copy of the foregoing was served by first class mail on Plaintiff's counsel, David A. Bryant, Daley DeBofsky and Bryant, 1 North LaSalle Street, Suite 3800, Chicago, Illinois 60602.

Anthony J. DiOrio (PWP)
Jackson Lewis LLP