**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHRISTINE BELISLE,<br>Plaintiff,<br><br>v.<br><br>LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,<br>Defendants. | Civil Action No.: 06-00042-S-LDA |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") provides the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: The parent corporations of Liberty Life are Liberty Mutual Holding Company Inc., LMHC Massachusetts Holdings Inc., Liberty Mutual Group Inc., Liberty Mutual Insurance Company, and Liberty Mutual Fire Insurance Company. No publicly held corporation owns 10% or more of Liberty Life's stock.

Respectfully submitted,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
By its attorneys

Anthony J. DiOrio (RWP)

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700; (401) 454-8855 fax

Andrew C. Pickett
(Moving for Admission *Pro Hac Vice*)
Richard W. Paterniti
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: March 2, 2006

**CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of March, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, David A. Bryant, Daley, DeBofsky & Bryant, 1 North LaSalle Street, Suite 3800, Chicago, IL 60602, by overnight mail.

Anthony J. DiOrio (RWP)
Jackson Lewis LLP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHRISTINE BELISLE,
Plaintiff,

v.

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,
Defendants.

Civil Action No.: 06-00042-S-LDA

**CORPORATE DISCLOSURE STATEMENT OF LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN**

Defendant Landmark Medical Center Welfare Benefit Plan ("the Plan") provides the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: There are no parent corporations of the Plan and no publicly held corporation owns 10% or more of any stock of the Plan.

Respectfully submitted,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
By its attorneys

Anthony J. DiOrio (RWP)

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700; (401) 454-8855 fax

Andrew C. Pickett
(Moving for Admission *Pro Hac Vice*)
Richard W. Paterniti
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: March 2, 2006

**CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of March, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, David A. Bryant, Daley, DeBofsky & Bryant, 1 North LaSalle Street, Suite 3800, Chicago, IL 60602, by overnight mail.

Anthony J. DiOrio (RWP)
Jackson Lewis LLP