FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHRISTINE BELISLE,
Plaintiff,

v.

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,
Defendants.

Civil Action No.: 06-00042-S-LDA

3/6/06: GRANTED nunc pro tunc.

**REVISED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS**
**<u>TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT</u>**

Defendants, Liberty Life Assurance Company of Boston and Landmark Medical Center Welfare Benefit Plan, respectfully request an extension of three weeks, up to and including March 3, 2006, in which to answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, Defendants state as follows:

1. This case was originally filed in the United States District Court, N.D. Illinois. On or about December 20, 2005, that Court granted Defendants' motion to transfer venue. As a result, on or about January 27, 2006, the case was transferred to this Court.

2. Additional time is needed to respond to Plaintiff's Complaint because Defendants needed time to change counsel in light of the transfer of the case. New counsel now needs time to review the documents in this case, and to investigate Plaintiff's claims, which are brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 <u>et seq</u>., and in order to adequately answer or otherwise respond to the Complaint.

3. The granting of a three-week extension of time will not prejudice the parties or the Court, nor would it result in the continuance of any hearing, conference or trial.