UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTINE BELISLE<br>Plaintiff<br><br>vs<br><br>LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a subsidiary of LIBERTY MUTUAL INSURANCE COMPANY<br>Defendants | : | CA #06-00042S-LDA |

**ENTRY OF APPEARANCE FOR PLAINTIFF**

I hereby enter my appearance on behalf of the Plaintiff, Christine Belisle, in the above entitled matter.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

Dated: March 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within on the 8th day of March, 2006 to

Anthony J. DiOrio, Esq., Jackson Lewis LLP, 127 Dorrance Street 4th Floor, Providence, RI 02903 and David A. Bryant, Esq., Daley, DeBofsky & Bryant, 1 North LaSalle Street, Suite 3800, Chicago, IL 60602.

[signature]