**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHRISTINE BELISLE,
Plaintiff,

v.

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,
Defendants.

Civil Action No.: 06-00042-S-LDA

**MOTION FOR ADMISSION**
***PRO HAC VICE* FOR RICHARD W. PATERNITI**

Defendants, Landmark Medical Center Welfare Benefit Plan and Liberty Life Assurance Company of Boston, hereby move that Richard W. Paterniti be admitted *pro hac vice* in the above case as counsel together with local counsel identified below. Plaintiff, through her counsel, has indicated that she does not object to this motion.

In support of this motion, Defendants enclose the Certification For *Pro Hac Vice* Admission of Richard W. Paterniti.

Respectfully submitted,

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

By their attorneys,

Anthony J. DiOrio (RWP)

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444; (401) 454-8855 fax

DATED: March 15, 2006

**CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF RICHARD W. PATERNITI**

I hereby certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the Federal District Court bar of Massachusetts, and the United States Court of Appeals for the First Circuit, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months: Maureen Beauvais v. Citizens Financial Group, Inc. and Liberty Life Assurance Company of Boston, Civil Action No. 04-403T (Torres, J.), admitted *pro hac vice* on November 16, 2004; Salvatore v. Liberty Life Assurance Company of Boston, Civil Action No. 05-352S (Smith, J.), admitted *pro hac vice* on September 13, 2005.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Richard W. Paterniti, Mass. BBO No. 645170
(Applicant for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; (617) 367-2155 (fax)

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Respectfully submitted,

Anthony J. DiOrio (RWP)
Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444; (401) 454-8855 fax

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

DATE:

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of March, 2006, I caused a copy of the foregoing document to be served on Plaintiff's attorneys, David A. Bryant, Daley, DeBofsky & Bryant, 1 North LaSalle Street, Suite 3800, Chicago, IL 60602, and J. Scott Kilpatrick, Chisholm Chisholm & Kilpatrick LLP One Turks Head Place Suite 1313 Providence, RI 02903 by first class mail, postage prepaid.

Anthony J. DiOrio (RWP)
Jackson Lewis LLP