UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Christine Belisle<br>Plaintiff, | ) | |
| v. | ) | CA No. 06-042S |
| Landmark Medical Center, et al.<br>Defendants. | ) | |

**PRETRIAL ORDER**

(Civil Case)

After conference with the attorneys in this case and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Fact Discovery Closure. All factual discovery will be closed by **July 31, 2006**.

2. Dispositive Motions. Dispositive motions will be filed by **August 31, 2006**. Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 4/5/06