UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTINE BELISLE,
Plaintiff,

v.

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,
Defendants.

Civil Action No.: 06-00042-S-LDA

**NOTICE OF APPEARANCE OF CHRISTOPHER J. CAMPBELL**

Kindly enter my appearance for Defendant Liberty Life Assurance Company of Boston in the above-captioned matter.

Respectfully submitted,

Landmark Medical Center Welfare Benefit Plan, and
Liberty Life Assurance Company of Boston,
By its attorneys,

Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700; (401) 454-8855 fax

Dated: May 8, 2006

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of May, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, J. Scott Kilpatrick, Chisholm Chisholm & Kilpatrick LLP, One Turks Head Place, Suite 1313, Providence, RI 02903, by first-class mail, postage prepaid.

Jackson Lewis LLP