RECEIVED

JUN 1 4 2006

Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

CHRISTINE BELISLE,
Plaintiff,

v.

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A SUBSIDIARY OF LIBERTY MUTUAL INSURANCE COMPANY,
Defendants.

Civil Action No.: 06-00042-S-LDA

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Christine Belisle, and Defendants, Landmark Medical Center Welfare Benefit Plan and Liberty Life Assurance Company of Boston, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

CHRISTINE BELISLE

By her attorney,

J. Scott Kilpatrick (R.I. Bar No. 4036)
Chisholm Chisholm &
Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300

LANDMARK MEDICAL CENTER WELFARE BENEFIT PLAN, AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By their attorneys,

Anthony J. DiOrio (R.I. Bar No. 3419)
JACKSON LEWIS, LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

Andrew C. Pickett (Admitted *Pro Hac Vice*)
Richard W. Paterniti (Admitted *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06